## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | **NO. 05-CR-0056-16** |
| | : | |
| **vs.** | : | |
| | : | **CIVIL ACTION** |
| **THEODORE YOUNG, SR.,** | : | **NO. 10-CV-3465** |

## O R D E R

**AND NOW,** this 12 day of September, 2011, upon careful consideration of the defendant's *pro se* motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Document #738), the government's response thereto (Document #754), and the defendant's reply (Document #760), IT IS HEREBY ORDERED that the motion is DENIED in its entirety without a hearing.

IT IS FURTHER ORDERED that because Mr. Young has failed to make a substantial showing of the denial of a constitutional right, no certificate of appealability shall issue.

BY THE COURT:

LAWRENCE F. STENGEL, J.